**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-1171

ANA CELI MOLINA-BARAHONA,

Petitioner,

v.

WILLIAM P. BARR, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: November 17, 2020                  Decided: December 3, 2020

Before FLOYD and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Charlie E. Carrillo, CARRILLO & CARRILLO, LLC, Frederick, Maryland, for Petitioner. Ethan P. Davis, Acting Assistant Attorney General, Holly M. Smith, Senior Litigation Counsel, Jesse D. Lorenz, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ana Celi Molina-Barahona, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (Board) denying her motion to reconsider. We have thoroughly reviewed the administrative record and Molina-Barahona's claims and conclude that the Board did not abuse its discretion in denying the motion. *See* 8 C.F.R. § 1003.2(a), (b) (2020); *Narine v. Holder*, 559 F.3d 246, 249 (4th Cir. 2009); *Jean v. Gonzales*, 435 F.3d 475, 481 (4th Cir. 2006). Accordingly, we deny the petition for review for the reasons stated by the Board. *In re Molina-Barahona* (B.I.A. Jan. 16, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*